# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
## CIVIL DOCKET FOR CASE #: 5:23−cv−01264−SSS−JC

| | |
|---|---|
| Jessica Nungaray v. Awesome Life Group, LLC | Date Filed: 06/29/2023 |
| Assigned to: Judge Sunshine Suzanne Sykes | Date Terminated: 10/31/2023 |
| Referred to: Magistrate Judge Jacqueline Chooljian | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jessica Nungaray**　　　　　　　　　　represented by　**Alexander James Adducci Taylor**
Sulaiman Law Group Ltd
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
630−575−8181
Fax: 630−575−8188
Email: alejandrof@sulaimanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Awesome Life Group, LLC**　　　　　　represented by　**Dan Leroy Longo**
Murchison and Cumming LLP
801 South Grand Avenue 9th Floor
Los Angeles, CA 90017−4613
213−623−7400
Fax: 213−623−6336
Email: dlongo@murchisonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gina E Och**
Murchison and Cumming LLP
801 South Grand Avenue 9th Floor
Los Angeles, CA 90017−4624
213−623−7400
Fax: 213−623−6336
Email: goch@murchisonlaw.com
*ATTORNEY TO BE NOTICED*

**Ronald Balfour**
Amundsen Davis LLC
3300 Michigan Avenue, Suite 3300
Chicago, IL 60601
312−894−3369
Email: rbalfour@amundsendavislaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2023 | Ï 1 | COMPLAINT Receipt No: ACACDC–35582565 – Fee: $402, filed by Plaintiff Jessica Nungaray. (Attachments: # 1 Civil Cover Sheet, # 2 Summons) (Attorney Alexander James Adducci Taylor added to party Jessica Nungaray(pty:pla))(Taylor, Alexander) (Entered: 06/29/2023) |
| 06/29/2023 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Jessica Nungaray. (Taylor, Alexander) (Entered: 06/29/2023) |
| 06/29/2023 | Ï 3 | NOTICE of Interested Parties filed by Plaintiff Jessica Nungaray, (Taylor, Alexander) (Entered: 06/29/2023) |
| 06/29/2023 | Ï 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Jessica Nungaray. (Taylor, Alexander) (Entered: 06/29/2023) |
| 06/29/2023 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Sunshine Suzanne Sykes and Magistrate Judge Jacqueline Chooljian. (ghap) (Entered: 06/29/2023) |
| 06/29/2023 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (ghap) (Entered: 06/29/2023) |
| 06/29/2023 | Ï 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap) (Entered: 06/29/2023) |
| 06/29/2023 | Ï 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Awesome Life Group, LLC. (ghap) (Entered: 06/29/2023) |
| 06/30/2023 | Ï 9 | CIVIL STANDING ORDER by Judge Sunshine Suzanne Sykes. (iva) (Entered: 06/30/2023) |
| 07/11/2023 | Ï 10 | PROOF OF SERVICE Executed by Plaintiff Jessica Nungaray, upon Defendant Awesome Life Group, LLC served on 7/7/2023, answer due 7/28/2023. Service of the Summons and Complaint were executed upon Itzel Ruiz in compliance with Federal Rules of Civil Procedure by personal service (Taylor, Alexander) (Entered: 07/11/2023) |
| 08/03/2023 | Ï 11 | (IN CHAMBERS) Order to Show Cause re Dismissal for Lack of Prosecution by Judge Sunshine Suzanne Sykes: The Court, on its own motion, hereby orders Plaintiff to show cause in writing on or before August 17, 2023, why this action should not be dismissed, with respect to each Defendant who has not filed an answer or otherwise responded to the complaint. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. This Order to Show Cause will be discharged if Plaintiff files, before the deadline set forth above, a request for the entry of default with respect to the applicable Defendant(s). Fed. R. Civ. Proc. 55(a). IT IS SO ORDERED. (shb) (Entered: 08/04/2023) |
| 08/07/2023 | Ï 12 | REQUEST for Clerk to Enter Default against Defendant Awesome Life Group, LLC filed by Plaintiff Jessica Nungaray. (Attachments: # 1 Affidavit of Alexander J. Taylor, # 2 Proposed Order) (Taylor, Alexander) (Entered: 08/07/2023) |
| 08/11/2023 | Ï 13 | RESPONSE filed by Defendant Awesome Life Group, LLCto REQUEST for Clerk to Enter Default against Defendant Awesome Life Group, LLC 12 (Attachments: # 1 Declaration Declaration of Brandon Weaver)(Och, Gina) (Entered: 08/11/2023) |
| 08/14/2023 | Ï 14 | NOTICE of Appearance filed by attorney Gina E Och on behalf of Defendant Awesome Life Group, LLC (Attorney Gina E Och added to party Awesome Life Group, LLC(pty:dft))(Och, Gina) (Entered: 08/14/2023) |
| 08/16/2023 | Ï 15 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Notice of Appearance 14 . The following error(s) was/were found: Incorrect event selected. Correct event to |

| | | |
|---|---|---|
| | | be used is: Notice of Appearance or Withdrawal of Counsel G123.. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 08/16/2023) |
| 08/17/2023 | 16 | MINUTES ORDER (IN CHAMBERS) DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT [DKT. 12] by Judge Sunshine Suzanne Sykes. In view of the aforementioned, Plaintiff's Request [Dkt. 12] is hereby DENIED. Defendant's response to the Complaint is due on or before September 15, 2023. Furthermore, the Court hereby DISCHARGES the Order to Show Cause [Dkt. 11] issued on August 3, 2023. (lom) (Entered: 08/17/2023) |
| 09/15/2023 | 17 | NOTICE OF MOTION AND MOTION to Dismiss Case *OR, IN THE ALTERNATIVE, MOTION TO TRANSFER; MEMORANDUM OF POINTS AND AUTHORITIES* filed by Defendant Awesome Life Group, LLC. Motion set for hearing on 10/13/2023 at 02:00 PM before Judge Sunshine Suzanne Sykes. (Attachments: # 1 Declaration DECLARATION OF BRANDON WEAVER IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER, # 2 Exhibit Exhibit A to Declaration, # 3 Proposed Order [PROPOSED] ORDER GRANTING DEFENDANT AWESOME LIFE GROUP, LLCS MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER) (Och, Gina) (Entered: 09/15/2023) |
| 09/21/2023 | 18 | NOTICE OF MOTION AND MOTION for Extension of Time to File Response to Defendant's Motion to Dismiss filed by Plaintiff Jessica Nungaray. Motion set for hearing on 10/27/2023 at 02:00 PM before Judge Sunshine Suzanne Sykes. (Attachments: # 1 Proposed Order) (Taylor, Alexander) (Entered: 09/21/2023) |
| 09/25/2023 | 19 | ORDER ON UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS by Judge Sunshine Suzanne Sykes. Plaintiff shall have until October 13, 2023 to file a Response to Defendants Motion to Dismiss. Defendant shall be allowed an opportunity to file a reply to Plaintiffs Response to its Motion to Dismiss by October 27, 2023. The hearing set for Defendant's Motion to Dismiss will be adjourned to November 3, 2023, at 2:00 p.m. (rolm) (Entered: 09/26/2023) |
| 10/09/2023 | 20 | APPLICATION of Non–Resident Attorney Ronald Balfour to Appear Pro Hac Vice on behalf of Defendant Awesome Life Group, LLC (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–36185853) filed by Defendant Awesome Life Group, LLC. (Attachments: # 1 Certificate of Good Standing – Supreme Court of Illinois, # 2 Certificate of Good Standing Appellate Division of the Supreme Court, # 3 Proposed Order on Application of Non–Resident Attorney to Appear in a Specific Case Pro Hac Vice) (Och, Gina) (Entered: 10/09/2023) |
| 10/10/2023 | 21 | FOR COURT USE ONLY: STATISTICAL CORRECTION granting Unopposed Motion [Dkt. 18 ] per Order [Dkt. 19]. (iva) (Entered: 10/10/2023) |
| 10/12/2023 | 22 | ORDER by Judge Sunshine Suzanne Sykes: GRANTING 20 Non–Resident Attorney Ronald Balfour APPLICATION to Appear Pro Hac Vice on behalf of Defendant, Defendant Awesome Life Group, LLC, designating Gina E. och as local counsel. (shb) (Entered: 10/12/2023) |
| 10/13/2023 | 23 | NOTICE OF NON–OPPOSITION to NOTICE OF MOTION AND MOTION to Dismiss Case *OR, IN THE ALTERNATIVE, MOTION TO TRANSFER; MEMORANDUM OF POINTS AND AUTHORITIES* 17 filed by Plaintiff Jessica Nungaray. (Taylor, Alexander) (Entered: 10/13/2023) |
| 10/27/2023 | 24 | REPLY in support of NOTICE OF MOTION AND MOTION to Dismiss Case *OR, IN THE ALTERNATIVE, MOTION TO TRANSFER; MEMORANDUM OF POINTS AND AUTHORITIES* 17 filed by Defendant Awesome Life Group, LLC. (Balfour, Ronald) (Entered: 10/27/2023) |
| 10/31/2023 | 25 | MINUTES (IN CHAMBERS) ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRANSFER 17 by Judge Sunshine Suzanne Sykes. The motion is GRANTED. This matter is TRANSFERRED to the Western District of Pennsylvania for all further proceedings. The hearing |

on the motion set for November 3, 2023 is VACATED. ( MD JS–6. Case Terminated ) (rolm) (Entered: 10/31/2023)